

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2020

No. 04-20-00294-CR

Neil Howard **MCGINNIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6779
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On August 10, 2020, we advised the court reporter that the records were late. On August 17, 2020, court reporter Connie Calvert advised this court that counsel has not asked her to prepare the reporter's records.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) Appellant has delivered a written request to prepare the reporter's records to court reporter Connie Calvert that designates any exhibits to be included, *see* TEX. R. APP. P. 34.6(b), and (2) either the arrangements have been made to pay the reporter's fee, or Appellant is entitled to free reporter's records, *see* TEX. R. APP. P. 20.2.

If Appellant fails to respond as ordered, Appellant's briefs will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's briefs that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2020.



Michael A. Cruz,
Clerk of Court